# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ALBERT BEARDSLEY, <br><br> Plaintiff, <br><br> vs. <br><br> MOTION AND FLOW CONTROL PRODUCTS, INC.; and DOES 1-10, <br><br> Defendants. | CV 19-174-DLC-KLD <br><br> ORDER |
| MOTION AND FLOW CONTROL PRODUCTS, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PARKER-HANNIFIN CORPORATION, and DOES A-Z, <br><br> Third-Party Defendants. | |

Third-Party Defendant Parker-Hannifin Corporation moves for the admission of William McCandless to practice before this Court in this case with Tim Dailey to act as local counsel. Mr. McCandless's application appears to be in order.

1

Accordingly, IT IS HEREBY ORDERED that Third-Party Defendant's motion to admit William McCandless pro hac vice is GRANTED on the condition that Mr. McCandless shall do his own work. This means that Mr. McCandless must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. McCandless may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. McCandless.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McCandless, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of March, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge