IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALBERT BEARDSLEY, | CV 19-174-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| MOTION AND FLOW CONTROL PRODUCTS, INC.; and DOES 1-10, | |
| Defendants. | |

Pursuant to the Stipulation filed by and between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 18th day of December, 2020.

Kathleen L. DeSoto
United States Magistrate Judge